# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| **BRENDA M. MURGATROYD,** | } | |
| Plaintiff, | } | |
| v. | } | 4:13-cv-2073-KOB |
| **BANK OF AMERICA NA,** | } | |
| Defendant. | } | |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, DISMISSES this case WITHOUT PREJUDICE to reinstatement if any party represents to the court **on or before December 1, 2014**, that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 29th day of September, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE